IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-CV-00130 |
| | ) | |
| BATTLE CREEK POWER SPORTS, LLC, | ) | |
| STEVEN SCOTT, AND LILY SCOTT | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED JUDGMENT ORDER OF COMPROMISE AND DISMISSAL WITH PREJUDICE**

Plaintiff Auto-Owners Insurance Company and Defendants Steven Scott and Lily Scott, by and through their respective counsel, represent to the Court that all matters, issues, and causes of action between Plaintiff and Defendants have been resolved, by the terms of which Plaintiff's cause of action is to be dismissed with prejudice. Defendant Battle Creek Power Sports, LLC, has not appeared in this action, and default was entered against Battle Creek Power Sports, LLC.

It is therefore ORDERED, ADJUDGED, AND DECREED that this cause of action is hereby dismissed with prejudice with each party to bear its own costs. There being no other matters remaining for adjudication, the Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

SO ORDERED.

ENTER:

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT

**APPROVED FOR ENTRY:**

WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC

By:*/s/* Dean T. Howell
    Howard E. Jarvis, BPR #006673
    Dean T. Howell, BPR #022130

Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000

*Attorneys for Plaintiff Auto-Owners Insurance Company*

CAMPBELL & CAMPBELL

By:*s/*Paul Campbell by permission DTH
    Paul Campbell, III, BPR #004220

James Building
735 Broad Street, Suite 1200
Chattanooga, TN 37402-1835
(423) 266-1108

*Attorney for Defendants Steven Scott and Lily Scott*

2